### RAY *v.* HICKS.

HILL, J.  1.  "A party may in this State except either to a final judgment adverse to him, or to one which would have been final 'if it had been rendered as claimed' by him." *Ramey* v. *O'Byrne,* 121 *Ga.* 519 (49 S. E. 595).  An oral motion to dismiss a case for want of jurisdiction of the person of the defendant, if sustained, finally terminates the case; hence, the overruling of such a motion can be excepted to and brought to this court by writ of error; and there is no merit in the motion made in this court to dismiss the writ of error because the case is still pending in the court below.

2.  Where a defendant appears and pleads to the merits of a case without excepting to the jurisdiction of the court, he thereby waives any objection to the jurisdiction over his person.

(*a*)  But want of jurisdiction can not be waived to the prejudice of third parties.  *White* v. *North Ga. El. Co.,* 139 *Ga.* 587 (77 S. E. 789).

*Judgment affirmed.  All the Justices concur.*

APRIL 11, 1917.

Equitable petition.  Before Judge Worley.  Hart superior court.  November 21, 1916.

*James H. & Parke Skelton,* for plaintiff in error.

*Davis & Davis* and *A. S. & J. R. Skelton,* contra.